**Lesly Yasmithet CHAVEZ ESCALANTE,**
**Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–73930.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 13, 2007.

Filed June 11, 2007.

Alexandru A. Cristea, Esq., Downey, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Mary Jane Candaux, Esq., Arthur L. Rabin, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: PREGERSON and RAWLINSON, Circuit Judges, and SANDOVAL *, District Judge.

MEMORANDUM **

Pursuant to the stipulation of the parties that this case should be remanded for further proceedings, we remand this matter to the Board of Immigration Appeals.

---

* The Honorable Brian E. Sandoval, United States District Judge for the District of Nevada, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

PETITION FOR REVIEW REMAND-
ED.

---

* This panel unanimously finds this case suit-
able for decision without oral argument.  *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.